# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |
| **City** Wilmington, Ipswich, Norwood | **Related Case Information:** | |
| **County** Middlesex, Essex, Plymouth | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number 23-5120-JGD, contd. | |
| | R 20/R 40 from District of _____ | |

## Defendant Information:

- **Defendant Name:** ZACHARY MARSHALL  Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- **Alias Name:**
- **Address:** (City & State) Springfield, MA
- **Birth date (Yr only):** 1997   **SSN (last4#):** 0642   **Sex** M   **Race:** White   **Nationality:**
- **Defense Counsel if known:** _____   **Address** _____
- **Bar Number** _____

## U.S. Attorney Information:

- **AUSA** Philip A. Mallard   **Bar Number if applicable** 679138
- **Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____
- **Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No
- **Matter to be SEALED:** ☑ Yes ☐ No
- ☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date:** _____

- ☐ Already in Federal Custody as of _____ in _____.
- ☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
- ☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/5/2023   **Signature of AUSA:** *Philip A. Mallard*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ZACHARY MARSHALL _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce | 1 |
| Set 2 | 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

M.J. Number Continuation

22-MJ-5446-JGD
22-MJ-5447-JGD
22-MJ-5448-JGD
22-MJ-5449-JGD
23-MJ-5005-JGD
23-MJ-5006-JGD
23-MJ-5007-JGD
23-MJ-5008-JGD
23-MJ-5009-JGD
23-MJ-5011-JGD
23-MJ-5012-JGD
23-MJ-5055-JGD
23-MJ-5056-JGD
23-MJ-5057-JGD
23-MJ-5058-JGD
23-MJ-5059-JGD
23-MJ-5060-JGD
23-MJ-5061-JGD
23-MJ-5062-JGD
23-MJ-5063-JGD
23-MJ-5073-JGD
23-MJ-5074-JGD
23-MJ-5120-JGD
23-MJ-5121-JGD
23-MJ-5122-JGD
23-MJ-5123-JGD
23-MJ-5124-JGD
23-MJ-5125-JGD
23-MJ-5126-JGD
23-MJ-5127-JGD